# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-3412
_____

SERENITY SPA, LLC,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from a final order of the Florida Board of Massage Therapy.

September 10, 2021

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard E. Ramsey and Natasa Glisic of Wicker Smith O'Hara McCoy & Ford, P.A., Jacksonville, for Appellant.

Louise R. Wilhite-St. Laurent, General Counsel, and Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Prosecution Services Unit, Tallahassee, for Appellee.